Robert M. MUMMA, II, Appellant

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT OF STATE, and Pedro A. Cortes, in his capacity as Secretary of the Commonwealth, Pennsy Supply, Inc., D–E Distribution Corporation, Kim Company, Barbara Mumma McClure, Linda Mumma Roth, and Lisa Mumma Morgan, Appellees.

Supreme Court of Pennsylvania.

Nov. 23, 2005.

## ORDER

PER CURIAM:

AND NOW, this 23rd day of November, 2005, the order of the Commonwealth Court is AFFIRMED.

Justice EAKIN did not participate in the consideration or decision of this case.